AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Armando Aguilar Morales, on behalf of himself and his minor daughter J.J.A.R., and Pedro Ramos Perez, on behalf of himself and his minor son F.R.I. <br><br> *Plaintiff(s)* <br> v. <br><br> United States of America <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  3:23-cv-00247 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jaime Esparza
Office of the U.S. Attorney
for the Western District of Texas
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Benoit
Coyle & Benoit PLLC
2515 North Stanton St.
El Paso, Texas 79902
Tel (915) 532-5544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date:  06/29/2023

*D. Trujillo*
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00247

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jaime Esparza, U.S. Attorney for the Western District of Tex. was received by me on *(date)* 06/29/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jaime Esparza , who is designated by law to accept service of process on behalf of *(name of organization)* Office of the U.S. Attorney for the Western District of Texas on *(date)* 06/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/30/2023

*Server's signature*

Aynimae Dominguez, Legal Assistant
*Printed name and title*

2515 North Stanton St.
El Paso, Texas 79902

*Server's address*

Additional information regarding attempted service, etc:
Certified Mail, Return Receipt 7015 0640 0002 4555 0721





SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jaime Esparza
Office of the U.S. Attorney
for the Western District of Texas
700 E. San Antonio, Suite 200
El Paso, Texas 79901

9590 9402 4318 8190 0141 99

2. Article Number (Transfer from service label)

7015 0640 0002 4555 0721

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
6/13/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

7015 0640 0002 4555 0721

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee
$ 4.15

Extra Services & Fees (*check box, add fee as appropriate*)
☒ Return Receipt (hardcopy) $ 3.35
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ 2.46

Total Postage and Fees
$ 9.96

Postmark
Here

*Sent To*
*Street and Apt. No.*
*City, State, ZIP+4®*

Jaime Esparza
Office of the U.S. Attorney
for the Western District of Texas
700 E. San Antonio, Suite 200
El Paso, Texas 79901

PS Form 3800, A

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove X

# 70150640000245550721

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:40 am on July 3, 2023 in EL PASO, TX 79901.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

EL PASO, TX 79901
July 3, 2023, 11:40 am

**Redelivery Scheduled for Next Business Day**

EL PASO, TX 79901
July 1, 2023, 7:32 am

**Departed USPS Regional Facility**

EL PASO TX DISTRIBUTION CENTER
July 1, 2023, 1:50 am

**Arrived at USPS Regional Facility**

EL PASO TX DISTRIBUTION CENTER
June 30, 2023, 9:12 pm

Hide Tracking History

Feedback