IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ARMANDO AGUILAR MORALES, on behalf of himself and his minor daughter J.J.A.R., and PEDRO RAMOS PEREZ on behalf of himself and his minor son F.R.I., <br><br>*Plaintiffs*, <br><br>v. <br><br>THE UNITED STATES OF AMERICA, <br><br>*Defendant*, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:23-CV-00247-KC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties have reached a conditional settlement in this matter. The parties will file a stipulated agreement and, upon completion of all necessary prerequisites, a motion to dismiss this case with prejudice. Because this settlement will require approval for settlement of the claims of minor J.J.A.R., the parties will separately move for assignment of a guardian ad litem and an approval hearing pursuant to Fed. R. Civ. P. 17.

The parties respectfully request that the Court stay all case management deadlines pending resolution of this matter.

RESPECTFULLY SUBMITTED this 22nd day of May, 2024.

By: */s/ Julie R. Ulmet*  
    Julie R. Ulmet *(admitted pro hace vice)*  
    The Law Offices of Julie R. Ulmet  
    417 Grand St., #1804  
    New York, NY 10002  
    julie@ulmetlaw.com  
    (646) 396-0055  
    Fax (646) 340-1022  
    *Attorney for Plaintiffs*

By: */s/ Allison C. Reppond (with permission)*  
    Allison C. Reppond  
    Assistant United States Attorney  
    300 Fannin Street, Suite 3201  
    Shreveport, Louisiana 71101-3068  
    allison.reppond@usdoj.gov  
    (318) 676-3600  
    Fax (318) 676-3642  
    *Attorney for Defendant*

By: <u>*/s/ Christopher Benoit*</u>
    Christopher Benoit
    BENOIT LEGAL, PLLC
    The Law Center
    311 Montana Ave, Suite B
    El Paso, Texas 79902
    chris@coylefirm.com
    (915) 532-5544
    Fax (915) 532-5566
    *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will cause all parties or counsel of record to be served by electronic means.

                                */s/ Julie R. Ulmet*
                                Julie R. Ulmet