# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| ARMANDO AGUILAR MORALES et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. EP-23-CV-247-KC |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Notice of Settlement, ECF No. 28. The parties inform the Court that they have reached a conditional settlement of all claims in this matter. *Id.* The parties acknowledge that because Plaintiff J.J.A.R. is a minor, and because she and her father, Plaintiff Armando Aguilar Morales, are each pursuing their own claims for damages, the Court must appoint a guardian ad litem and hold a hearing to approve the settlement.[1] *Id.*; *see also* Fed. R. Civ. P. 17(c).

Accordingly, the Court **ORDERS** that, **on or before June 24, 2024**, the parties shall meet, confer, and propose a guardian ad litem to be appointed for J.J.A.R. If the parties cannot agree, each party may provide the Court with a list of three proposed guardians ad litem. After a guardian ad litem is appointed, the Court will schedule a settlement hearing to determine whether the proposed settlement is in J.J.A.R.'s best interest.

---

[1] While Plaintiff F.R.I. was also a minor when this lawsuit was initiated, he has since attained the age of majority. *See* Compl. ¶ 3, ECF No. 1.

1

**SO ORDERED**.

**SIGNED this 23rd day of May, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE