IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ARMANDO AGUILAR MORALES, on behalf of himself and his minor daughter J.J.A.R., and PEDRO RAMOS PEREZ on behalf of himself and his minor son F.R.I., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-00247-KC |
| THE UNITED STATES OF AMERICA, | § § § | |
| Defendant, | § | |

**NOTICE OF AGREEMENT TO APPOINT GUARDIAN AD LITEM**

NOW COME Plaintiffs, Armando Aguilar Morales, on behalf of himself and his minor daughter J.J.A.R., and Pedro Ramos Perez on behalf of himself and his son F.R.I., and file this Notice of Agreement to Appoint Guardian Ad Litem:

In response to the Court's Order, [ECF No. 29], attorneys for Plaintiffs and Defendant have conferred and have agreed to select Alexander Neill as the Guardian Ad Litem for J.J.A.R. in this matter.

Mr. Neill can be reached at Firth, Bunn, Kerr, Neill Law Firm, (915) 532-7500, [aneill@fbknlaw.com](mailto:aneill@fbknlaw.com).

           Respectfully submitted,

           BENOIT LEGAL, PLLC
           The Law Center
           311 Montana Ave., Suite B
           El Paso, Texas 79902
           (915) 532-5544
           Fax (915) 532-5566

           /s/ Christopher Benoit
           Christopher Benoit

       Texas Bar No. 24068653
       chris@coylefirm.com

       and

       Julie R. Ulmet (pro hace vice application pending)
       THE LAW OFFICES OF JULIE R. ULMET
       417 Grand St., #1804
       New York, NY 10002
       Tel (646) 396-0055
       Fax (646) 340-1022
       julie@ulmetlaw.com

       ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on June 11, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will cause all parties or counsel of record to be served by electronic means.

       /s/ Christopher Benoit
       Christopher Benoit