**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ARMANDO AGUILAR MORALES et al.,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CAUSE NO. EP-23-CV-247-KC** |
| **UNITED STATES OF AMERICA,** | § § § | |
| **Defendant.** | § | |

**ORDER**

On this day, the Court considered the parties' Notice of Agreement to Appoint Guardian Ad Litem ("Notice"), ECF No. 30. After the parties informed the Court that they had reached a settlement, the Court ordered the parties to confer and propose a guardian ad litem to represent J.J.A.R. in this matter. Notice of Settlement, ECF No. 28; May 23, 2024, Order 1 & n.1, ECF No. 29. On June 11, 2024, the parties filed their Notice, requesting that the Court appoint Alexander Neill as guardian ad litem for J.J.A.R. Notice 1.

Accordingly, the Court **ORDERS** that Alexander Neill is appointed as guardian ad litem for J.J.A.R.

**IT IS FURTHER ORDERED** that the parties contact Mr. Neill to make necessary arrangements **on or before June 20, 2024**.

**IT IS FURTHER ORDERED** that the Clerk shall list Mr. Neill as an attorney of record. The Clerk shall send a copy of this Order to Mr. Neill.

**IT IS FURTHER ORDERED** that the parties submit a copy of the settlement agreement, the Report of Guardian Ad Litem, a proposed order, and all other documents necessary for the Court's approval of the proposed settlement **on or before July 11, 2024**. The

proposed order shall contain all necessary terms, including language substantially similar to the following:

> **IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the Western District of Texas, as soon as the business of the office allows, shall **DEPOSIT** the moneys specified in paragraph \_\_\_\_, *supra*, into the Court Registry Investment System (CRIS) on behalf of the minor child, J.J.A.R., whose date of birth appears in the Sealed Addendum attached to this Order.  The minor child's share of the settlement funds shall remain invested until that minor child reaches the age of majority, at which time said account, plus interest, less any applicable fees, will be delivered to that minor child, upon proof of identity, unless the Court orders otherwise.

> **IT IS FURTHER ORDERED** that Plaintiffs shall **FILE** a Motion for Leave to File

Under Seal, to which they shall attach a proposed Sealed Addendum containing J.J.A.R.'s full

name, date of birth, and current address, **on or before July 11, 2024**.

> **IT IS FURTHER ORDERED** that the Court **SCHEDULES** this matter for a hearing at

**1:00 p.m. on July 18, 2024**, in District Courtroom, Room 522, on the 5th Floor of the United

States Courthouse, 525 Magoffin Avenue, El Paso, Texas, for the purpose of approving the

settlement and the Report of Guardian Ad Litem.  The guardian ad litem, all parties, and their

counsel shall attend the hearing **in person**.

> **SO ORDERED**.

> **SIGNED this 13th day of June, 2024.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE