# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| ARMANDO AGUILAR MORALES et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. EP-23-CV-247-KC |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Joint Motion to Hold Guardian Ad Litem Hearing Remotely ("Motion"), ECF No. 32.  The parties ask the Court to hold the hearing remotely due to the costs and difficulties of attendance for Plaintiffs Armando Aguilar Morales and J.J.A.R., and to excuse Plaintiffs Pedro Ramos Perez and Francisco Ramos Itzep from attending the hearing because their settlement agreement is separate from Aguilar Morales and J.J.A.R.'s settlement agreement.  Mot. 1–2 & n.1.

Upon due consideration, the Motion is **GRANTED**.  The hearing, scheduled for July 18, 2024, at 1:00 p.m., will be held **REMOTELY**.  The guardian ad litem, Plaintiffs Armando Aguilar Morales and J.J.A.R., their counsel, and counsel for Defendant shall attend the hearing **via Zoom**.  The parties' counsel will receive a link to attend the Zoom hearing via email.

**IT IS FURTHER ORDERED** that Plaintiffs Pedro Ramos Perez and Francisco Ramos Itzep are excused from attending the hearing.

**IT IS FURTHER ORDERED** that unless the parties submit final closing papers in connection with the claims of Plaintiffs Ramos Perez and Ramos Itzep **on or before July 17, 2024**, the Court will dismiss their claims without costs and without prejudice to the rights of any

party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated.

**SO ORDERED**.

**SIGNED this 20th day of June, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE