IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ARMANDO AGUILAR MORALES on his own behalf and his minor daughter J.J.A.R., and PEDRO RAMOS PEREZ on Behalf of himself and his minor son F.R.I.<br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Defendant. | § § § § § § § § § § | Case No. 3:23-CV-00247-KC |

**UNITED STATES OF AMERICA'S NOTICE OF NO OBJECTION IN RESPONSE TO PLAINTIFFS' MOTION FOR COURT APPROVAL OF SETTLEMENT OF MINOR'S CLAIMS**

NOW INTO COURT, comes Defendant UNITED STATES OF AMERICA and submits the United States' Notice of No Objection in Response to Plaintiffs' Motion for Court Approval of Settlement of Minor's Claim. As set forth on page four of Plaintiffs' Motion for Court Approval of Settlement of Minor's Claims (ECF No. 34), the United States submits this notice to inform the Court that the United States does not object to or oppose or the relief requested in Plaintiffs' Motion.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BRANDON B. BROWN
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　By:　*/s/ Allison C. Reppond*
　　　　　　　　　　　ALLISON C. REPPOND (TX #24085733)
　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　300 Fannin Street, Suite 3201
　　　　　　　　　　　Shreveport, Louisiana 71101-3068
　　　　　　　　　　　(318) 676-3600 // Fax: (318) 676-3642
　　　　　　　　　　　allison.reppond@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*s/ Allison C. Reppond*
ALLISON C. REPPOND (TX #24085733)
Assistant United States Attorney

Dated:  July 17, 2024